[No. 50608-1-I.   Division One.   June 30, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSEPH A. SOUTHERN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 98-1-09668-0, Bruce W. Hilyer, J., entered May 20, 2002. *Affirmed* by unpublished per curiam opinion.

[No. 50614-5-I.   Division One.   June 30, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL H., *Appellant*.

Appeal from judgments of the Superior Court for King County, No. 02-8-01757-8, Laura C. Inveen, J., and Marianne Spearman and Nancy Bradburn-Johnson, JJ. Pro Tem., entered June 4, 12, and 19, 2002. *Affirmed* by unpublished per curiam opinion.

[No. 50644-7-I.   Division One.   June 30, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN SAN MARTIN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 01-1-10779-4, Douglas D. McBroom, J., entered June 10, 2002. *Affirmed* by unpublished per curiam opinion.

[No. 50664-1-I.   Division One.   June 30, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. MARC SPENCER YOUNG, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 02-1-00154-2, Gerald L. Knight, J., entered June 10, 2003. *Affirmed* by unpublished per curiam opinion.